AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| FRANCISCO ALVARADO-RAMIREZ (3) | Case Number:   23-cr-1356-JO |
| | Jamie Elizabeth Schmid, Federal Defenders of San Diego, Inc. |
| | Defendant's Attorney |
| USM Number: 65960-510 | |

THE DEFENDANT:

☒ was found guilty on count     1 of the Second Superseding Indictment.
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC 2320 | Conspiracy to Traffic in Counterfeit Goods and Labels | 1 |

The defendant is sentenced as provided in pages 2 through     2     of this judgment.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on counts 2, 4 and 7 of the Second Superseding Indictment and are dismissed.

☒ The Court GRANTS the government's motion to dismiss without prejudice Count 6 of the Second Superseding Indictment.

☒ All remaining underlying counts are dismissed without prejudice.

☒ Assessment: $100.00.
    Assessment is imposed.

☒ Fine waived

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

March 28, 2025
Date of Imposition of Sentence

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | FRANCISCO ALVARADO-RAMIREZ (3) | Judgment - Page **2** of **2** |
| CASE NUMBER: | 23-cr-1356-JO | |

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: TIME SERVED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

    ☐ at _____ A.M. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ on or before

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

23-cr-1356-JO